IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEPHON DEPAUL BURTON,<br>    Plaintiff,<br><br>v.<br><br>FLOYD BONNER, JR., ET AL.,<br>    Defendants. | Civ. No. 2:24-cv-02729-SHM-tmp |

**ORDER DIRECTING PLAINTIFF TO ADDRESS CLAIMS AGAINST WELLPATH**

On September 30, 2024, Plaintiff Stephon Depaul Burton filed a Complaint naming Wellpath as a defendant. (ECF No. 1 at PageID 1-2.) In consideration of the Confirmation of the Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Wellpath Holdings, Inc. in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see In Re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tx. May 1, 2025), ECF No. 2596; the Notice of Entry of (I) Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date, *id.*, ECF No. 2680; and Burton's Complaint, it is **ORDERED** that:

Within thirty (30) days of the date of this Order, Burton is **DIRECTED** to complete the Declaration attached to this Order and return it to the Court, **OR** to submit an equivalent declaration addressing:

    a. Whether Burton submitted prior to April 7, 2025, a Proof of Claim to the United States Bankruptcy Court for the Southern District of Texas or to Wellpath's Claims Agent; or

  b. Whether Burton has submitted prior to July 30, 2025, any of the following to Wellpath, its Claims Agent, or the Bankruptcy Court:

   i. an objection to or motion for relief from the Automatic Stay;

   ii. an objection to confirmation of Wellpath's Chapter 11 plan; and/or

   iii. a ballot or other communication affirmatively expressing an intent to opt out of the Third-Party Release.

Alternatively, Burton may submit a notice of voluntary dismissal of any claims against Wellpath alleged in the instant case. *See* 11 U.S.C. § 524(a)(2) ("A discharge in a [Chapter 11 bankruptcy] case ... operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived."). To the extent Burton seeks to pursue a claim against Wellpath, he must do so in accordance with the procedures of the United States Bankruptcy Court for the Southern District of Texas, Houston Division. *See In Re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tx.).

Failure to timely comply with this Order will result in the dismissal of Burton's claims against Wellpath for failure to prosecute under Fed. R. Civ. P. 41.

IT IS SO ORDERED this _14th_ day of August, 2025.

             /s/ *Samuel H. Mays, Jr.*
             SAMUEL H. MAYS, JR.
             UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHON DEPAUL BURTON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 2:24-cv-02729-SHM-tmp |
| FLOYD BONNER, JR., ET AL., | ) ) ) | |
| Defendants. | ) | |

**DECLARATION**

I, STEPHON DEPAUL BURTON, am the Plaintiff in this action, and I declare under penalty of perjury, 28 U.S.C. § 1746, that:

1. **Prior to April 7, 2025**, I submitted a Proof of Claim to the United States Bankruptcy Court for the Southern District of Texas or to Wellpath's Claims Agent.

    **YES ☐**                                                                 **NO ☐**

2. **Prior to July 30, 2025**, I submitted one or more of the following to Wellpath, its Claims Agent, or the Bankruptcy Court: (i) an objection to or motion for relief from the Automatic Stay; (ii) an objection to confirmation of Wellpath's Chapter 11 plan; and/or (iii) a ballot or other communication affirmatively expressing an intent to opt out of the Third-Party Release.

    **YES ☐**                                                                 **NO ☐**

3. Any explanation for a "NO" answer to these questions or other relevant information to consider is provided below:

_____           _____
**Signature**                                                                                         **Date**

_____           _____
**Printed Name**                                                                                **Institutional ID Number**